**NOT**
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd., #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com

JOSEPH S. GILBERT, ESQ.
Nevada State Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 284-7700
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
*Co-Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE as Guardian of J. DOE, a minor, and in her individual capacity,<br><br>    Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, its BOARD OF TRUSTEES, and its SUPERINTENDENT, DR. SUSAN ENFIELD, DOES I-XX and ROE entities I-XX.<br><br>    Defendants. | Case No.: 3:23-cv-00107-LRH-CSD |

### **PLAINTIFF'S NOTICE OF ERRATA OF CORRECTION**

YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE of the foregoing ERRATA to be considered with PLAINTIFF'S SUMMONS AND COMPLAINT, to correctly modify the

1

Caption naming Defendant SUSAN ENFELD to the correct spelling of her name SUSAN ENFIELD of said document.

The Notice of Errata of Correction shall let the record on file indicate same and substitute said portions accordingly.

**DATED** this 14th day of April, 2023.

**CHATTAH LAW GROUP**

*/s/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
5875 S. Rainbow Blvd., #203
Las Vegas, Nevada 89118

**JOEY GILBERT LAW**

*/s/ Joseph S. Gilbert*
JOSEPH S. GILBERT, ESQ.
Nevada State Bar No.: 9033
405 Marsh Avenue
Reno, Nevada 89509
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2023, I caused the foregoing NOTICE OF ERRATA OF CORRECTION to be electronically served to all registered parties.

**JOEY GILBERT LAW**

/s/Amanda Strong
Paralegal, to Joseph S. Gilbert