**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE as Guardian of J. DOE, a minor, and in her individual capacity,<br><br>               Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, its BOARD OF TRUSTEES, and its SUPERINTENDENT, DR. SUSAN ENFELD, DOES I-XX and ROE entities I-XX.<br><br>               Defendants. | Case No.: 3:23-cv-00107-LRH-CSD<br><br>**ORDER GRANTING**<br>**STIPULATION TO DISMISS**<br>**AND EXTENSION OF TIME** |

     IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ, Counsel for Plaintiffs JANE DOE, and ANDREA SCHULEWITCH, ESQ. Counsel for Defendants WASHOE

///

-1-

COUNTY SCHOOL DISTRICT, its BOARD OF TRUSTEES, and SUPERINTENDENT SUSAN ENFIELD, the following:

1. That Defendants SUSAN ENFIELD and BOARD OF TRUSTEES are hereby dismissed without prejudice.

2. That the date for responding to Defendants' Motion to Dismiss shall be extended by two weeks to June 20, 2023.

3. That Defendants' deadline to file the Reply to Plaintiffs' Response to Motion to Dismiss shall be extended by two weeks to July 11, 2023.

Dated this 2nd day of June, 2023.

| | |
|---|---|
| ___/s/ Andrea Schulewitch_____ | /s/      Sigal Chattah_____ |
| ANDREA SCHULEWITCH, ESQ. | SIGAL CHATTAH, ESQ. |
| 425 E. Ninth Street | 5875 South Rainbow Blvd. #205 |
| Reno, Nevada 89512 | Las Vegas NV 89118 |
| (775) 348-0300 | (702) 360-6200 |
| andrea.schulewitch@washoeschools.net | Chattahlaw@gmail.com |
| Counsel for Defendants | Counsel for Plaintiffs |

### **ORDER**

IT IS THEREFORE ORDERED that the Parties Stipulations as entered above and the briefing schedule shall proceed accordingly.

IT IS SO ORDERED.

DATED this 5th day of June, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE