Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
andrea.schulewitch@washoeschools.net
Kevin A. Pick, Esq., Nev. Bar No. 11683
kevin.pick@washoeschools.net
Judy Prutzman, Esq., Nev. Bar No. 6078
judy.prutzman@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendant Washoe County School District

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE as Guardian of J. DOE, a minor, and in her individual capacity,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, its BOARD OF TRUSTEES, and its SUPERINTENDENT, DR. SUSAN ENFIELD, DOES I-XX and ROE entities I-XX,<br><br>Defendants.<br>_____ / | CASE NO.: 3:23-cv-00107-MMD-CSD<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>LR IA 11-6 |

Pursuant to Local Rule IA 11-6, Judy A. Prutzman, Esq. of the Office of General Counsel for the Washoe County School District (District) hereby moves to withdraw as counsel of record in this case. Andrea Schulewitch, Esq. and Kevin A. Pick, Esq. of the District's Office of General

///

///

///

1

Counsel will continue to represent the District[1] in this matter and there will be no delay of discovery, the trial, or any hearing as a result of this request.

DATED this 1st day of November, 2024.

        WASHOE COUNTY SCHOOL DISTRICT
        OFFICE OF THE GENERAL COUNSEL

By: /s/Judy Prutzman, Esq.
    JUDY PRUTZMAN, ESQ.
    Nevada Bar No. 6078
    judy.prutzman@washoeschools.net
    KEVIN A. PICK, ESQ.
    Nevada Bar No. 11683
    General Counsel
    kevin.pick@washoeschools.net
    Washoe County School District
    P.O. Box 30425
    Reno, NV 89520-3425

    Attorneys for
    WASHOE COUNTY SCHOOL DISTRICT

IT IS SO ORDERED.

Dated: November 4, 2024

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Susan Enfield and the Board of Trustees were dismissed as Defendants on June 5, 2023. (ECF No. 27.)