SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Nevada Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Ave.
Reno, Nevada 89509
Tel: (775) 284-7000
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
Co-Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE as Guardian of J. DOE, a minor, and in her individual capacity,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, its BOARD OF TRUSTEES, and its SUPERINTENDENT, DR. SUSAN ENFELD, DOES I-XX and ROE entities I-XX.<br><br>Defendants. | Case No.: 3:23-cv-00107-ART-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER** |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ, Counsel for Plaintiffs JANE DOE as Guardian of J. DOE, a minor, and in her individual capacity, and ANDREA

-1-

SCHULEWITCH, ESQ. Counsel for Defendants WASHOE COUNTY SCHOOL DISTRICT, its BOARD OF TRUSTEES and Dr. SUSAN ENFIELD, the following:

1. On November 14, 2024, this Court entered an Order (ECF No. 42) granting Plaintiff leave to amend their First Amended Complaint;
2. Whereas pursuant to said Order, Plaintiff's Second Amended Complaint is due Saturday, December 14, 2024;
3. Whereas Counsel for Plaintiff will be out of the Jurisdiction during said period;
4. Whereas there are current discussions on proceeding with the matter in its entirety, and whether to do so;
5. The Parties agreed to a two-week extension to file said Second Amended Complaint until December 27, 2024.
6. As this case remains in its early stages, this short extension will not create undue delay or burden any parties or the Court.
7. The additional time requested herein is not sought for the purposes of delay, but merely to allow Plaintiff's Counsel adequate time to explore either disposition or amendment of the Complaint, taking into account the exercise of due diligence.
8. The Parties confirm that this stipulated first extension is not dilatory in nature.

Dated this __13__ th day of December, 2024.

 _/s/ Andrea Schulewitch_                         _/s/ Sigal Chattah_ _____
ANDREA SCHULEWITCH, ESQ.               SIGAL CHATTAH, ESQ.
Counsel for Defendants                          Counsel for Plaintiffs

## **ORDER**

IT IS THEREFORE ORDERED that the Parties Stipulations as entered above and the briefing schedule shall proceed accordingly.

Dated this 7th day of January, 2025.

                                                  IT IS SO ORDERED

                                            UNITED STATES DISTRICT COURT