SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Nevada Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Ave.
Reno, Nevada 89509
Tel: (775) 284-7000
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
Co-Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE as Guardian of J. DOE, a minor, and in her individual capacity,<br><br>                    Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, its BOARD OF TRUSTEES, and its SUPERINTENDENT, DR. SUSAN ENFELD, DOES I-XX and ROE entities I-XX.<br><br>                    Defendants. | Case No.: 3:23-cv-00107-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER** |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ, Counsel for Plaintiffs JANE DOE as Guardian of J. DOE, a minor, and in her individual capacity, and ANDREA

-1-

SCHULEWITCH, ESQ. Counsel for Defendants WASHOE COUNTY SCHOOL DISTRICT, its BOARD OF TRUSTEES and Dr. SUSAN ENFIELD, the following:

1. On November 14, 2024, this Court entered an Order (ECF No. 42) granting Plaintiff leave to amend his First Amended Complaint;
2. Whereas, on December 13, 2024, the parties filed a Stipulation and Order agreeing to extend the deadline for filing the Second Amended Complaint to December 27, 2024 (ECF No. 43);
3. Whereas Plaintiff's Second Amended Complaint ("SAC") was filed on December 27, 2024 (ECF No. 44);
4. Whereas Defendant's deadline to respond to the SAC is Friday, January 10, 2025;
5. Whereas Plaintiffs are in continued discussions on whether they intend to proceed with the matter; the Parties agreed that Plaintiffs will let the Defendants know their intent by January 10, 2025, and the Parties have agreed to a 31-day extension for Defendants to file a response to the SAC until Monday, February 10, 2025, should one be necessary.
6. As this case remains in its early stages, this short extension will not create undue delay or burden any parties or the Court.
7. The additional time requested herein is not sought for the purposes of delay, but merely to allow the parties to engage in informal discussions to determine how best to proceed in this matter before either party incurs additional attorney's fees and costs.

///

///

///

8. The Parties confirm that this stipulated first extension is not dilatory in nature.

Dated this 6th day of January, 2025.

| ___/s/*Andrea Schulewitch*___ | ___/s/*Sigal Chattah*___ |
|---|---|
| ANDREA SCHULEWITCH, ESQ. | SIGAL CHATTAH, ESQ. |
| Counsel for Defendants | Counsel for Plaintiffs |

### **ORDER**

IT IS THEREFORE ORDERED that the Parties Stipulations as entered above and the briefing schedule shall proceed accordingly.

Dated this 7th day of January, 2025.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT