SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Nevada Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Ave.
Reno, Nevada 89509
Tel: (775) 284-7000
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
Co-Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| J. DOE, a minor, by and through JANE DOE THALMAN as Guardian of minor child J. DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, DOES I-XX and ROE entities I-XX.<br><br>Defendants. | Case No.: 3:23-cv-00107-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS** |

    IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ., Counsel for Plaintiffs JANE DOE as Guardian of J. DOE, a minor, and ANDREA SCHULEWITCH, ESQ., Counsel for Defendant WASHOE COUNTY SCHOOL DISTRICT, that this matter be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and of the Local Rules of

Practice for the United States District Court for the District of Nevada LR 7-1, with each party bearing their own attorneys' fees and costs.

Dated this 13th day of January, 2025.

| | |
|---|---|
| /s/ *Andrea Schulewitch*<br>ANDREA SCHULEWITCH, ESQ.<br>425 E. Ninth Street<br>Reno, Nevada 89512<br>(775) 348-0300<br>Andrea.Schulewitch@washoeschools.net<br>Counsel for Defendants | /s/ *Sigal Chattah*<br>SIGAL CHATTAH, ESQ.<br>5875 S. Rainbow Blvd. #205<br>Las Vegas, Nevada 89118<br>(702) 360-6200<br>Chattahlaw@gmail.com<br>Counsel for Plaintiffs |

## **ORDER**

IT IS THEREFORE ORDERED that the above referenced case, Case No. 3:23-cv-00107 is dismissed with prejudice, each party shall bear their own fees and costs and the matter shall be closed.

Dated this ____ day of January, 2025.

                                          IT IS SO ORDERED

                                        _____
                                        UNITED STATES DISTRICT COURT